Evelyn **FORD**, Minor, by Mrs. Anne Pope, Adult, Plaintiff-Appellant,

v.

H. Leroy **HOBBS** et al., Defendants-Appellees.

Ebb J. **FORD**, Jr., Plaintiff-Appellant,

v.

H. Leroy **HOBBS** et al., Defendants-Appellees.

No. 27133.

United States Court of Appeals, Fifth Circuit.

Jan. 30, 1970.

---

* The Honorable Robert F. Peckham, United States District Judge for the   Northern District of California, sitting by designation.

**1404**

———◆———

Ebb J. Ford, Jr., Gulfport, Miss., Lloyd Sexton, Pascagoula, Miss., for plaintiffs-appellants.

Owen T. Palmer, Charles R. Galloway, Gulfport, Miss., for defendants-appellees; Palmer & Stewart, Eaton, Cottrell, Galloway & Lang, Gulfport, Miss., of counsel.

Before GEWIN, COLEMAN, and DYER, Circuit Judges.

PER CURIAM:

In these consolidated cases a prominent citizen of Gulfport, Mississippi, and his daughter, complained of two entries by policemen in their home and one search of a boat moored at nearby Handsboro. One entry was without a search warrant and the other two were with warrants, although the validity of the warrants was challenged.

The trial court resolved the factual issues in favor of appellees and this result finds ample support in the record. Rule 52(a) Federal Rules of Civil Procedure.

Neither do we detect any error of law. See, in particular, Pierson v. Ray, 386

U.S. 547, 557, 87 S.Ct. 1213, 18 L.Ed.2d 288 (1967); McCray v. Illinois, 386 U.S. 300, 87 S.Ct. 1056, 18 L.Ed.2d 62 (1967).

It necessarily follows that the judgment of the District Court must be

Affirmed.